IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01918-RBJ

MARGARITA MADRIGAL, individually and on behalf of the Estate of Juan Contreras and as
next friend of the minor children,
MARIBEL MADRIGAL, a minor child,
ROSA MARIA MADRIGAL, a minor child, and
JOSE MADRIGAL, a minor child,

      Plaintiffs,

v.

RANDALL CARROLL, individually and as a Police Officer of the City of Aurora,
CRAIG COLLINS, individually and as a Police Officer of the City of Aurora,
KEVIN ROLLINS, individually and as a Police Officer of the City of Aurora,
TIMOTHY DUFOUR, individually and as a Police Officer of the City of Aurora,
J.D.WYKSTRA, individually and as a Police Officer of the City of Aurora,
LELAND SILVER, individually and as a Police Officer of the City of Aurora,
DANIEL J. OATES, individually and as a Chief of Police Officer of the City of Aurora,
JOHN and JANE DOES, Aurora Police officers whose true names and identities are unknown,
and
CITY OF AURORA, COLORADO, a municipal corporation,

      Defendants.

---

## ORDER OF RECUSAL

---

      I hereby recuse myself from further participation in this case and ask that it be reassigned

to another judge.

      DATED this 13th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson

United States District Judge