IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01918-RBJ

MARGARITA MADRIGAL, individually and on behalf of the Estate of Juan Contreras and as next friend of the minor children,
M█████ M█████, a minor child,
R███ M███ M█████, a minor child, and
J██ M█████, a minor child,

    Plaintiffs,

v.

RANDALL CARROLL, individually and as a Police Officer of the City of Aurora,
CRAIG COLLINS, individually and as a Police Officer of the City of Aurora,
KEVIN ROLLINS, individually and as a Police Officer of the City of Aurora,
TIMOTHY DUFOUR, individually and as a Police Officer of the City of Aurora,
J.D. WYKSTRA, individually and as a Police Officer of the City of Aurora,
LELAND SILVER, individually and as a Police Officer of the City of Aurora,
DANIEL J. OATES, individually and as a Chief of Police Officer of the City of Aurora,
JOHN and JANE DOES, Aurora Police officers whose true names and identities are unknown, and
CITY OF AURORA, COLORADO, a municipal corporation,

    Defendants.

---

### ORDER OF RECUSAL

---

    I hereby recuse myself from further participation in this case and ask that it be reassigned to another judge.

    DATED this 13th day of August, 2012.

BY THE COURT:

*[signature]*

R. Brooke Jackson

United States District Judge