IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01918-PAB-MJW

MARGARITA MADRIGAL, individually and on behalf of the Estate of Juan Contreras and as next friend of the minor children,
M.M., a minor child,
R.M.M., a minor child, and
J.M., a minor child,

    Plaintiffs,

v.

RANDALL CARROLL, individually and as a Police Officer of the City of Aurora,
CRAIG COLLINS, individually and as a Police Officer of the City of Aurora,
KEVIN ROLLINS, individually and as a Police Officer of the City of Aurora,
LELAND SILVER, individually and as a Police Officer of the City of Aurora,
DANIEL J. OATES, as a Police Officer of the City of Aurora,
JOHN and JANE DOES, Aurora Police Officers whose true names and identities are unknown, and
CITY OF AURORA, COLORADO, a municipal corporation,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer.**

    This matter comes before the Court on the Joint Motion to Schedule Settlement Conference [Docket No. 159], wherein the parties ask that the Court authorize a settlement conference or early neutral evaluation presided over by Magistrate Judge Kristin L. Mix.  Magistrate Judges Michael J. Watanabe and Mix have no objection.  Wherefore, it is

    **ORDERED** that, pursuant to Local Rule 16.6(a), Magistrate Judge Kristin L. Mix is authorized to conduct a settlement conference or early neutral evaluation.  The parties shall contact Magistrate Judge Mix's chambers regarding scheduling.

    DATED March 7, 2014.