IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01918-PAB-MJW

MARGARITA MADRIGAL, individually
and on behalf of the Estate of Juan Contreras and as next friend of the minor children,
M. M., a minor child,
R. M. M., a minor child,
J. M., a minor child,

Plaintiff(s),

v.

RANDALL CARROLL, individually and as a Police Officer of the City of Aurora,
CRAIG COLLINS, individually and as a Police Officer of the City of Aurora,
KEVIN ROLLINS, individually and as a Police Officer of the City of Aurora,
LELAND SILVER, individually and as a Police Officer of the City of Aurora
JOHN and JANE DOES, Aurora Police officers whose true names and identifies are unknown, and
CITY of AURORA, COLORADO, a municipal corporation.

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Modify Scheduling Order to Extend Discovery Deadline (docket no. 167) is GRANTED as follows finding good cause shown as outlined below.

The parties had previously agreed to postpone taking the depositions of Division Chief Roger Cloyd, Deputy Chief Terry Jones, the minor Plaintiffs M.M, R.M.M. and J.M., and Delgadina Madrigal until after the settlement conference which was held before Magistrate Judge Mix on March 26, 2014.  This court has been informed that the parties did not settle this case at the settlement conference before Magistrate Judge Mix.  See docket no. 174.  Moreover, on March 14, 2014, Judge Brimmer granted in part the Plaintiffs' Motion to Stay Action (docket no. 164).  Judge Brimmer stayed this case until March 28, 2014, except for the show cause hearing/deposition of Thomas Liberatore schedule for March 17, 2014. See docket no. 169.

It is FURTHER ORDERED that the discovery cut-off date is extended to May 30, 2014, and the deadline to file dispositive motions is extended to June 16, 2014.  The Rule 16 Scheduling Order (docket no. 48) is amended consistent with this minute order.

2

The Final Pretrial Conference remains set on July 7, 2014, at 9:00 a.m. before Magistrate Judge Watanabe.  The parties shall file their proposed Final Pretrial Order with the court no later than seven (7) days prior to the Final Pretrial Conference.

Date: April 8, 2014