IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01918-PAB-MJW

MARGARITA MADRIGAL, individually
and on behalf of the Estate of Juan Contreras and as next friend of the minor children,
M. M., a minor child,
R. M. M., a minor child,
J. M., a minor child,

Plaintiff(s),

v.

RANDALL CARROLL, individually and as a Police Officer of the City of Aurora,
CRAIG COLLINS, individually and as a Police Officer of the City of Aurora,
KEVIN ROLLINS, individually and as a Police Officer of the City of Aurora,
LELAND SILVER, individually and as a Police Officer of the City of Aurora
JOHN and JANE DOES, Aurora Police officers whose true names and identifies are unknown, and
CITY of AURORA, COLORADO, a municipal corporation.

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order (Docket No. 178) is granted as follows, and the Scheduling Order (Docket No. 48) is amended consistent with this minute order.

This case is stayed until May 9, 2014, which is one week after the next Settlement Conference scheduled for May 2, 2014.  No formal discovery may be done while the stay is in effect.

The discovery deadline is extended up to and including August 7, 2014, which is ninety days after the stay is lifted.

The dispositive motion deadline is extended up to and including September 22, 2014, which is forty-five days after the discovery deadline.

The Final Pretrial Conference set on July 7, 2014, at 9:00 a.m. is vacated and will be reset if the case does not settle.

2

It is further ORDERED that in view of the above as well as the stipulated motion withdrawing the motions for summary judgment (see Docket Nos. 175 and 176), the pending motions, namely, the motion for protective order (Docket No. 136) and the motion to deny defendant's request for attorney's fees (Docket No. 145), are denied without prejudice and may be refiled if the case does not settle.

Date: April 11, 2014