IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01918-PAB-MJW

MARGARITA MADRIGAL, individually and on behalf of the Estate of Juan Contreras and as next friend of the minor children,
M.M., a minor child,
R.M.M., a minor child, and
J.M., a minor child,

    Plaintiffs,

v.

RANDALL CARROLL, individually and as a Police Officer of the City of Aurora,
CRAIG COLLINS, individually and as a Police Officer of the City of Aurora,
KEVIN ROLLINS, individually and as a Police Officer of the City of Aurora,
LELAND SILVER, individually and as a Police Officer of the City of Aurora,
DANIEL J. OATES, as Chief of Police of the City of Aurora,
JOHN and JANE DOES, Aurora Police Officers whose true names and identities are unknown, and
CITY OF AURORA, COLORADO, a municipal corporation,

    Defendants.

# ORDER

This matter is before the Court on the Unopposed Motion to Stay Proceedings [Docket No. 186] filed by plaintiffs. On May 2, 2014, the parties held a settlement conference before Magistrate Judge Kristen L. Mix and a settlement was reached as to all claims. Docket No. 182. Plaintiffs state that a settlement agreement cannot be finalized until the District Court for the County of Arapahoe, Colorado has appointed a personal representative for the estate of decedent Juan Contreras and a representative to seek approval of the settlement of the minors' claims in accordance with Rule 16 of the Colorado Rules of Probate Procedure. Docket No. 186 at 2, ¶¶ 2-3. Plaintiffs

request that the Court stay this case until the State Court appoints the required representatives. *Id*. at 2. Defendants do not oppose this request. *Id*. Wherefore, it is

**ORDERED** that this case is ADMINISTRATIVELY CLOSED pending further order of this Court. It is further

**ORDERED** that the parties shall file, either jointly or separately, a status report within 30 days of any action that provides a basis for reopening this case. The status report shall indicate what the action was, the purported impact, and how the party or parties intend to proceed in this case.

DATED June 30, 2014.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge