IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01918-PAB-MJW

MARGARITA MADRIGAL, individually and on behalf of the Estate of Juan Contreras and as next friend of the minor children,
M.M., a minor child,
R.M.M., a minor child,
J.M., a minor child,

    Plaintiffs,

v.

RANDALL CARROLL, individually and as a Police Officer of the City of Aurora,
CRAIG COLLINS, individually and as a Police Officer of the City of Aurora,
KEVIN ROLLINS, individually and as a Police Officer of the City of Aurora,
LELAND SILVER, individually and as a Police Officer of the City of Aurora,
DANIEL J. OATES, as Chief of Police of the City of Aurora, and
CITY of AURORA, COLORADO, a municipal corporation,

    Defendants.
_____

## ORDER
_____

This matter is before the Court on plaintiff Margarita Madrigal's Unopposed Motion for Order to Disburse Funds from Registry of the Court [Docket No. 200].  The Court is fully advised of the premises.  Accordingly, it is

**ORDERED** that plaintiff Margarita Madrigal's Unopposed Motion for Order to Disburse Funds from Registry of the Court [Docket No. 200] is **GRANTED**.  It is further

**ORDERED** that the Clerk of Court shall distribute all funds held in the Court registry in this case, plus interest accrued, less the registry fee assessment, by a check made payable to "Margarita Madrigal and Kenneth A. Padilla," referencing Case No. 12-cv-01918-PAB-MJW, and mailed to:

Kenneth A. Padilla
Padilla and Padilla, PLLC
1753 Lafayette St.
Denver, CO 80218

DATED December 15, 2015.

          BY THE COURT:

          s/Philip A. Brimmer
          PHILIP A. BRIMMER
          United States District Judge